### STILES, CLARK, tenant, *ads.* JACKSON, ex dem. WOOD.

MOTION by landlord to be let in to defend in an action of ejectment. A default was entered, during the last vacation, against the tenant, and the landlord applies to be let in to defend upon the usual affidavit of title; which is resisted on the part of the lessor of the plaintiff, on the ground that he claims to recover no more than the interest of the tenant in the premises, subject to the rights of the landlord.

Where the lessor of the plaintiff, in ejectment, claims no more than the interest of the tenant, the landlord is not entitled to be admitted to defend.

*G. C. Bronson,* for landlord.

UTICA,
Aug. 1828.

Cleaveland
v.
Hunter.

*J. A. Collier*, for plaintiff.

*By the Court*, SAVAGE, Ch. J.   The lessor claims nothing inconsistent with the rights of the landlord; the landlord has therefore no interest to defend.   The motion is denied, with costs.